UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) Wanda Torrence

v.

Defendant(s) Advanced Home Care, Aram Appavu

08CV 2821
JUDGE DOW
MAGISTRATE JUDGE COLE

## MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, Wanda Torrence, declare that I am the (check appropriate box) [X] plaintiff [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding[NOTE: This item *must* be completed]:

   **FILED**
   MAY 1 5 2008 NF
   MAY 1 5 2008
   MICHAEL W. DOBBINS
   CLERK, U.S. DISTRICT COURT

3. In further support of my motion, I declare that (check appropriate box)

   [ ] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [✓] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

_Wanda Torrence_   _618 S. Wabash_
Movant's Signature   Street Address

_4-15-08_   _Chgo, IL 60605_
Date   City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

| | | | |
|---|---|---|---|
| Assigned Judge: | Judge Robert Gettleman | Case Number: | 05C 282 |
| Case Title: | Wanda Torrence v. American Apartment Management For Parkway Gardens | | |
| Appointed Attorney's Name: | Ronald Safer | | |
| If this case is still pending, please check box | ☐ | | |

| | | | |
|---|---|---|---|
| Assigned Judge: | | Case Number: | |
| Case Title: | | | |
| Appointed Attorney's Name: | | | |
| If this case is still pending, please check box | ☐ | | |

| | | | |
|---|---|---|---|
| Assigned Judge: | | Case Number: | |
| Case Title: | | | |
| Appointed Attorney's Name: | | | |
| If this case is still pending, please check box | ☐ | | |

| | | | |
|---|---|---|---|
| Assigned Judge: | | Case Number: | |
| Case Title: | | | |
| Appointed Attorney's Name: | | | |
| If this case is still pending, please check box | ☐ | | |