

# APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: _Wanda Torrence_
(Please print)

STREET ADDRESS: _618 S. Wabash_

CITY/STATE/ZIP: _Chgo, IL 60605_

PHONE NUMBER: _(312) 922-2509_

CASE NUMBER:     08CV 2821
JUDGE DOW
MAGISTRATE JUDGE COLE

_Wanda Torrence_                    _4-15-08_
Signature                           Date

**FILED**
MAY 15 2008  NF
MAY 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT